

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   12/2/2020

21st Floo
1251 Ave
New York

**Lyle S. Zuckerman**
212-603-6452 tel
212-379-5222 fax

lylezuckerman@dwt.com

December 1, 2020

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007



Re: _Wolfenden v. Acoustic, L.P., et al._, Case No. 20-cv-06307

Dear Judge Carter:

As counsel for defendant Acoustic, L.P. ("Acoustic"), we write to request – on a joint basis, along with counsel for all other parties in the case – a stay of the existing briefing schedules ordered on November 17, 2020, in connection with the defendants' separate impending motions to dismiss.

Plaintiff and defendants have agreed to attempt to resolve their disputes before burdening the Court's time and resources with motion practice.  To faciliate negotiations, the parties respctfully request that the Court endorse the following revised briefing schedule as applicable to the defendants' separate motions to dismiss:

- Deadline for moving party to file moving papers: January 7, 2021 (replacing December 8, 2020);

- Deadline for Plaintiff to file papers in opposition to each motion: January 28, 2021 (replacing December 22, 2020);

- Deadline for moving party to file reply papers: February 11, 2021 (replacing December 29, 2020).

This is the parties' first request for an extension of time in connection with the briefing of Acoustic's motion to dismiss.  The parties' request, if granted, would not have an impact on other deadlines in the case.

Thank you for your consideration.

Respectfully,

/s/ Lyle Zuckerman

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: December 2, 2020

**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.