```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/12/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN THOMAS WOLFENDEN, III,**<br><br>                           **Plaintiff,**<br><br>-against-<br><br>**ACOUSTIC, L.P. and INTERNATIONAL BUISNESS MACHINES CORPORATION,**<br><br>                           **Defendants.** | **20-cv-06307(ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    January 12, 2021
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**